1  Joel E. Tasca, Esq.
   Nevada Bar No. 14124
2  Emil S. Kim, Esq.
   Nevada Bar No. 14894
3  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
4  Las Vegas, Nevada 89135
   Telephone: (702) 471-7000
5  Facsimile: (702) 471-7070
   tasca@ballardspahr.com
6  kime@ballardspahr.com

7  *Attorneys for Defendant,*
   *Jack in the Box Inc.*
8

9          **IN THE UNITED STATES DISTRICT COURT**

10          **FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| 11  IGOR POPOV, individually and on behalf of all others similarly situated; | CASE NO. 2:20-cv-00485-RFB-EJY |
| 12 | |
| 13          Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT JACK IN THE BOX INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| 14  v. | |
| 15  JACK IN THE BOX INC., a Delaware company; | **(First Request)** |
| 16          Defendant. | |

17

18          Plaintiff Igor Popov ("Plaintiff") and Defendant Jack in the Box Inc. ("Jack in

19  the Box")[1] stipulate and agree that Jack in the Box has up to and including May 18,

20  2020 to respond to Plaintiff's Complaint (ECF No. 1), to provide additional time to

21  investigate Plaintiff's allegations and for Jack in the Box to prepare a response.

22

23          *[Continued on following page.]*

24

25

26

27  [1] By filing this Stipulation, Jack in the Box is not waiving any defense, affirmative or otherwise, it may have in this matter.

28

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

1   This is the first request for an extension, and is made in good faith and not for

2   purposes of delay.

3   Dated this 17th day of April, 2020.

4   BALLARD SPAHR LLP                          LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.

5

6   By:  /s/ Joel E. Tasca                     By:  /s/ Craig B. Friedberg
7   Joel E. Tasca, Esq.                        Craig B. Friedberg, Esq.
    Nevada Bar No. 14124                       Nevada Bar No. 4606
8   Emil S. Kim, Esq.                          LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.
    Nevada Bar No. 14894                       4760 South Pecos Road, Suite 103
9   BALLARD SPAHR LLP                          Las Vegas, Nevada 89121
    1980 Festival Plaza Drive, Suite 900
10  Las Vegas, Nevada 89135                    *Attorneys for Plaintiff Igor Popov*

11  *Attorneys for Defendant*
    *Jack in the Box Inc.*

12

13

14                                             **ORDER**

15                                             IT IS SO ORDERED:

16

17                                             UNITED STATES MAGISTRATE JUDGE

18
                                               DATED:  April 17, 2020
19

20

21

22

23

24

25

26

27

28

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

2