Joel E. Tasca, Esq.
Nevada Bar No. 14124
Emil S. Kim, Esq.
Nevada Bar No. 14894
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
kime@ballardspahr.com

*Attorneys for Defendant,
Jack in the Box Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IGOR POPOV, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>JACK IN THE BOX INC., a Delaware company;<br><br>Defendant. | CASE NO. 2:20-cv-00485-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT JACK IN THE BOX INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(Third Request) |

Plaintiff Igor Popov ("Plaintiff") and Defendant Jack in the Box Inc. ("Jack in the Box")[1] stipulate and agree that Jack in the Box has up to and including July 7, 2020 to respond to Plaintiff's Complaint (ECF No. 1), to provide additional time to investigate Plaintiff's allegations and for Jack in the Box to prepare a response.

*[Continued on following page.]*

---

[1] By filing this Stipulation, Jack in the Box is not waiving any defense, affirmative or otherwise, it may have in this matter.

DMWEST #40230287 v1

This is the third request for an extension, and is made in good faith and not for purposes of delay.

Dated this 17th day of June, 2020.

| | |
|---|---|
| BALLARD SPAHR LLP | LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ. |
| By: /s/ Joel E. Tasca<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Emil S. Kim, Esq.<br>Nevada Bar No. 14894<br>BALLARD SPAHR LLP<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*Jack in the Box Inc.* | By: /s/ Craig B. Friedberg<br>Craig B. Friedberg, Esq.<br>Nevada Bar No. 4606<br>LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.<br>4760 South Pecos Road, Suite 103<br>Las Vegas, Nevada 89121<br><br>*Attorneys for Plaintiff Igor Popov* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 17, 2020

2

DMWEST #40230287 v1