Joel E. Tasca, Esq.
Nevada Bar No. 14124
Emil S. Kim, Esq.
Nevada Bar No. 14894
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
kime@ballardspahr.com

*Attorneys for Defendant,
Jack in the Box Inc.*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IGOR POPOV, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>JACK IN THE BOX INC., a Delaware company;<br><br>Defendant. | CASE NO. 2:20-cv-00485-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT JACK IN THE BOX INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Fourth Request)** |

Plaintiff Igor Popov ("Plaintiff") and Defendant Jack in the Box Inc. ("Jack in the Box")[1] stipulate and agree that Jack in the Box has up to and including July 21, 2020 to respond to Plaintiff's Complaint (ECF No. 1), to provide additional time to investigate Plaintiff's allegations and for Jack in the Box to prepare a response.

*[Continued on following page.]*

---

[1] By filing this Stipulation, Jack in the Box is not waiving any defense, affirmative or otherwise, it may have in this matter.

DMWEST #40284534 v1

1   This is the fourth request for an extension, and is made in good faith and not
2   for purposes of delay.
3   Dated this 7th day of July, 2020.

4   BALLARD SPAHR LLP                         LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.

6   By: /s/ Joel E. Tasca                     By: /s/ Craig B. Friedberg
    Joel E. Tasca, Esq.                       Craig B. Friedberg, Esq.
7   Nevada Bar No. 14124                      Nevada Bar No. 4606
    Emil S. Kim, Esq.                         LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.
8   Nevada Bar No. 14894                      4760 South Pecos Road, Suite 103
    BALLARD SPAHR LLP                         Las Vegas, Nevada 89121
9   1980 Festival Plaza Drive, Suite 900
    Las Vegas, Nevada 89135                   *Attorneys for Plaintiff Igor Popov*

*Attorneys for Defendant
Jack in the Box Inc.*

IT IS HEREBY ORDERED that the Stipulation and Order to Extend Time for Defendant Jack In The Box Inc. to Respond to Plaintiff's Complaint (ECF No. 11) is **GRANTED;** provided, however, no further extensions will be granted absent Defendant providing greater detail regarding why a fifth extension of time is needed.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: July 7, 2020

2

DMWEST #40284534 v1