CRAIG B. FRIEDBERG, ESQ.
Nevada Bar No. 004606
Law Offices of Craig B. Friedberg, Esq.
4760 South Pecos Rd., Ste 103
Las Vegas, Nevada 89121
P: (702) 435-7968
attcbf@cox.net
*Attorney for Plaintiff and all others similarly situated*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IGOR POPOV, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>JACK IN THE BOX INC., a Delaware corporation,<br><br>*Defendant.* | Case No. 2:20-cv-00485-RFB-EJY<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff Igor Popov and Defendant hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Dated:  January 8, 2021.
Ballard Spahr LLP

/s/ Emil S. Kim
Joel E. Tasca, Esq.
Nevada Bar No. 14124
Emil S. Kim, Esq.
Nevada Bar No. 14894
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
*Counsel for Defendant*

Respectfully submitted,

/s/ Craig B. Friedberg
CRAIG B. FRIEDBERG, ESQ.
*Counsel for Plaintiff Igor Popov and all others similarly situated*

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 11th day of January, 2021.